# Supreme Court of Florida

_____

No. SC16-1253

_____

**IN RE: AMENDMENTS TO THE FLORIDA SUPREME COURT APPROVED FAMILY LAW FORMS.**

[September 29, 2016]

**<u>CORRECTED OPINION</u>**

PER CURIAM.

Pursuant to the procedures approved by this Court in <u>Amendments to the Florida Family Law Rules of Procedure & Family Law Forms</u>, 810 So. 2d 1, 14 (Fla. 2000), this Court has internally reviewed the Florida Supreme Court Approved Family Law Forms and has determined that amendments to forms 12.982(a), Petition for Change of Name (Adult), 12.982(c), Petition for Change of Name (Minor Child(ren)), and 12.982(f), Petition for Change of Name (Family) are necessary in light of certain statutory amendments. Input on these issues was received from the Advisory Workgroup on the Florida Supreme Court Approved Family Law Forms, which provided valuable assistance. We have jurisdiction. <u>See</u> art. V, § 2(a), Fla. Const.

Section 68.07, Florida Statutes, was amended, effective October 1, 2014, to require that the result of a state and national criminal history records check for the purposes of obtaining a name change must indicate whether the petitioner has registered as a sexual predator or sexual offender. See ch. 2014-5, § 1, Laws of Fla. Additionally, subsection 68.07(3)(i) requires that petitions for name change must state "whether the petitioner has ever been required to register as a sexual predator under s. 775.21 or as a sexual offender under s. 943.0435." § 68.07(3)(i), Fla. Stat. (2014). The amendments to the forms incorporate this new requirement.

The amended forms are adopted as set forth in the appendix to this opinion, fully engrossed, effective for immediate use. The forms may also be accessed and downloaded from the Florida State Court's website at http://www.flcourts.org/resources-and-services/court-improvement/problem-solving-courts/family-courts/family-law-forms.stml. By adoption of the amended forms, we express no opinion as to their correctness or applicability. We also direct that the new and amended forms be published for comment. Interested persons shall have sixty days from the date of this opinion to file comments with the Court.[1]

---

1. All comments must be filed with the Court on or before November 28, 2016, as well as a separate request for oral argument if the person filing the

It is so ordered.

LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, POLSTON, and PERRY, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Supreme Court Approved Family Law Forms

---

comment wishes to participate in oral argument, which may be scheduled in this case. If filed by an attorney in good standing with The Florida Bar, the comment must be electronically filed via the Portal in accordance with In re: Electronic Filing in the Supreme Court of Florida via the Florida Courts E-Filing Portal, Fla. Admin. Order No. AOSC13-7 (Feb. 18, 2013). If filed by a non-lawyer or a lawyer not licensed to practice in Florida, the comment must be electronically filed via e-mail in accordance with In re Mandatory Submission of Electronic Copies of Documents, Fla. Admin. Order No. AOSC04-84 (Sept. 13, 2004). Electronically filed documents must be submitted in Microsoft Word 97 or higher. Any person unable to submit a comment electronically must mail or hand deliver the originally signed comment to the Florida Supreme Court, Office of the Clerk, 500 South Duval Street, Tallahassee, Florida 32399-1927; no additional copies are required or will be accepted.

# INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.982(a)
# PETITION FOR CHANGE OF NAME (ADULT) (09/16)

## When should this form be used?

This form should be used when an adult wants the court to change his or her name.  This form is **not** to be used in connection with a dissolution of marriage or for adoption of child(ren).  If you want a change of name because of a **dissolution of marriage** or adoption of child(ren) that is not yet final, the change of name should be requested as part of that case.

This form should be typed or printed in black ink and must be signed before a **notary public** or **deputy clerk**.  You should **file** the original with the **clerk of the circuit court** in the county where you live and keep a copy for your records.

## What should I do next?

**Unless you are seeking to restore a former name, you must have fingerprints submitted for a state and national criminal records check.**  The fingerprints must be taken in a manner approved by the Department of Law Enforcement and must be submitted to the Department for a state and national criminal records check.  **You may not request a hearing on the petition until the clerk of court has received the results of your criminal history records check**.  The clerk of court can instruct you on the process for having the fingerprints taken and submitted, including information on law enforcement agencies or service providers authorized to submit fingerprints electronically to the Department of Law Enforcement.  The process may take several weeks and you will have to pay for the cost of processing the fingerprints and conducting the state and national criminal history records check.  **Please note that the state and national criminal records check must indicate whether you have registered as a sexual predator or a sexual offender and you must also indicate on this petition whether you have ever been required to register as a sexual predator under section 775.21, Florida Statutes, or as a sexual offender under section 943.0435, F.S.**

Next, you must obtain a **hearing** date for the court to consider your request.  If you are seeking to restore a former name, a hearing on the petition MAY be held immediately after the petition is filed.  The final hearing on any other petition for a name change may be held immediately after the clerk of court receives the results of your criminal history records check.  You should ask the clerk of court, **family law intake staff**, or **judicial assistant** about the local procedure for setting a hearing.  You may be required to attend the **final hearing**.  Included in these forms is a **Final Judgment of Change of Name (Adult)**, Florida Supreme Court Approved Family Law Form 12.982(b), which the **judge** may use.  You should check with the clerk, family law intake staff, or judicial assistant, to see if you need to bring a **final judgment** form with you.  If so, you should type or print the heading, including the circuit, county, case number, division, and the parties' names, and leave the rest blank for the judge to complete at

your hearing or trial.

If the judge grants your **petition**, he or she will sign this **order**.  This officially changes your name.  The clerk can provide you with **certified copies** of the signed order.  There will be charges for the certified copies, and the clerk can tell you the amount of the charges.

## Where can I look for more information?

**Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms.**  For further information, see Section 68.07, Florida Statutes.

### IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.**  If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. **The rules and procedures should be carefully read and followed.**

### IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic mail (e-mail) except in certain circumstances.  **You must strictly comply with the format requirements set forth in the Rules of Judicial Administration.**  If you elect to participate in electronic service, which means serving or receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you **must** review Florida Rule of Judicial Administration 2.516.  You may find this rule at www.flcourts.org through the link to the Rules of Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

**SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO.**  If a self-represented litigant elects to serve and receive documents by e-mail, the procedures must always be followed once the initial election is made.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General),** Florida Supreme Court Approved Family Law Form 12.914; **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of Judicial Administration 2.516.

## Special notes...

The heading of the form calls for the name of the **<u>petitioner</u>**. Your current name should go there, as you are the one who is asking the court for something. The judicial circuit, case number, and division may be obtained from the clerk of court's office when you file the petition.

It may be helpful to compile a list of all of the people and/or places that will need a copy of your final judgment. This list may include the driver's license office, social security office, banks, schools, etc. A list will help you know how many copies of your order you should get from the clerk of court after your hearing.

Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900 (a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

IN THE CIRCUIT COURT OF THE _____JUDICIAL CIRCUIT,
IN AND FOR_____COUNTY, FLORIDA

Case No.: _____
Division: _____

_____,
Petitioner.

# PETITION FOR CHANGE OF NAME (ADULT)

I, *{full legal name}* _____, being sworn, certify that the following information is true:

1. My complete present name is: _____
   I request that my name be changed to: _____

2. I live in _____ County, Florida, at *{street address}* _____
   _____

3. I was born on *{date}*_____, in *{city}* _____, *{county}* _____
   ,
   *{state}* _____, *{country}* _____.

4. My father's full legal name: _____
   My mother's full legal name: _____
   My mother's maiden name: _____

5. I have lived in the following places since birth:
   Dates (to/from)           Address
   _____/_____       _____
   _____/_____       _____
   _____/_____       _____
   _____/_____       _____
   (____ Please indicate here if you are continuing these facts on an attached page.)

6. **Family**
   *[Indicate **all** that apply]*
   _____ I am not married.
   _____ I am married. My spouse's full legal name is: _____

_____ I do not have child(ren).

_____ The name(s), age(s), and address(es) of my child(ren) are as follows (all children, **including those over 18**, must be listed):

**Name** *{last, first, middle initial}*          **Age**          **Address, City, State**

_____

_____

_____

_____

_____

(_____ Please indicate here if you are continuing these facts on an attached page.)

7. **Former names**
   *[Indicate **all** that apply]*
   _____ My name has never been changed **by a court**.
   _____ My name previously was changed **by court order** from _____ _____
   to _____on *{date}*_____,
   by *{court, city, and state}* _____.
   **A copy of the court order is attached**.

   _____ My name previously was changed **by marriage** from _____
   to _____ on *{date}*_____,
   in *{city, county, and state}* _____.
   **A copy of the marriage certificate is attached**.

   _____ I have never been known or called by any other name.
   _____ I have been known or called by the following other name(s): *{list name(s) and explain where you were known or called by such name(s)}* _____

   _____

8. **Occupation**
   My occupation is: _____.
   I am employed at: *{company and address}* _____
   _____.
   During the past 5 years, I have had the following jobs:
   Dates (to/from)                Employer and employer's address
   _____/_____          _____
   _____/_____          _____
   _____/_____          _____
   _____/_____          _____
   _____/_____          _____
   (___ Please indicate here if you are continuing these facts on an attached page.)

9. **Business** *[Choose **one** only]*

_____ I do not own and operate a business.
_____ I own and operate a business.  The name of the business is: _____
The street address is: _____.
My position with the business is: _____.
I have been involved with the business since: *{date}* _____.

10. **Profession**
*[Choose **one** only]*
_____ I am not in a profession.
_____ I am in a profession.  My profession is: _____
I have practiced this profession:

Dates (to/from)       Place and address
_____/_____   _____
_____/_____   _____
_____/_____   _____
_____/_____   _____
(_____ Please indicate here if you are continuing these facts on an attached page.)

11. **Education**
I have graduated from the following school(s):

Degree       Date of
Received     Graduation        School

_____  _____   _____
_____  _____   _____
_____  _____   _____
_____  _____   _____
(_____ Please indicate here if you are continuing these facts on an attached page.)

12. **Criminal History**
*[Indicate all that apply]*
_____ I have never been arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication.

_____ I have a criminal history.  In the past I have been arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication. The details of my criminal history are:
Date              City/State             Event (arrest, charge, plea, or adjudication)

_____   _____   _____
_____   _____   _____
_____   _____   _____
(_____ Please indicate here if you are continuing these facts on an attached page.)

I _____ have_____ have not ever been required to register as a sexual predator under section 775.21, Florida Statutes.

I _____ have _____ have not ever been required to register as a sexual offender under section 943.0435, Florida Statutes.

13. **Bankruptcy**
    *[Choose **one** only]*
    _____ I have never been adjudicated bankrupt.

    _____ I was adjudicated bankrupt on *{date}* _____, in *{city}* _____,
    *{county}* _____, *{state}* _____.
    (_____ Please indicate here if you have filed additional bankruptcies, and explain on an attached page.)

14. **Creditor(s)' Judgments**
    *[Choose **one** only]*
    _____ I have never had a money judgment entered against me by a creditor.

    _____ The following creditor(s)' money judgment(s) have been entered against me:

| Date | Amount | Creditor | Court entering judgment and case number | *{date}* if Paid |
|------|--------|----------|------------------------------------------|------------------|
|      |        |          |                                          |                  |
|      |        |          |                                          |                  |
|      |        |          |                                          |                  |
|      |        |          |                                          |                  |

(_____ Please indicate here if these facts are continued on an attached page.)

15. **Fingerprints and Criminal History Records Check**
    Unless I am seeking to restore a former name, a copy of my fingerprints has been taken in a manner approved by the Department of Law Enforcement and submitted for a state and national criminal history records check. **I understand that I cannot request a hearing on my Petition until the Clerk of Court receives the results of the criminal history records check. I also understand that the state and national records check must indicate whether I have registered as either a sexual predator or sexual offender.**

16. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or otherwise.

17. My civil rights have never been suspended, or, if my civil rights have been suspended, they have been fully restored.

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**


Dated: _____          _____
                                         Signature of PETITIONER


                                         Printed Name: _____
                                         Address: _____
                                         City, State, Zip: _____
                                         Telephone Number: _____
                                         Fax Number: _____
                                         Designated E-Mail Address(es):_____

                                         _____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____ by_____.




                                         _____
                                         NOTARY PUBLIC or DEPUTY CLERK


                                         _____
                                         *[Print, type, or stamp commissioned name of notary or deputy clerk.]*

____    Personally known
____    Produced identification
____    Type of identification produced _____

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the Petitioner.
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}*_____,
*{address}* _____,
*{city}* _____, *{state}*_____,*{zip code}*_____,*{telephone number}* _____


Instructions for Florida Supreme Court Approved Family Law Form 12.982(a), Petition for Change of Name (Adult) (09/16)

- 11 -

# INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.982(c) PETITION FOR CHANGE OF NAME (MINOR CHILD(REN)) (09/16)

## When should this form be used?

This form should be used when parents want the court to change the name of their minor child(ren). For the purposes of this proceeding, a person under the age of 18 is a minor. This form is not to be used in connection with an adoption, dissolution of marriage, or **paternity action**. If you want a change of name for your child(ren) because of an adoption or paternity action that is not yet final, the change of name should be requested as part of that case.

This form should be typed or printed in black ink and must be signed before a notary public or deputy clerk. You should file the original with the clerk of the circuit court, in the county where you live and keep a copy for your records. The **Petition** should only be completed by one Petitioner for one child. If you wish to change the name of more than one child or if there is more than one Petitioner, you should complete and file a Supplemental Form for Petition for Change of Name (Minor Child) for each child and/or a Supplemental Form for Petition for Change of Name. The supplemental form(s) is an attachment to the petition. **Be sure that the bottom of each page of each supplemental form is initialed by the petitioner(s)**.

## What should I do next?

**Unless you are seeking to restore a former name, each adult petitioner(s)'s fingerprints must be submitted for a state and national criminal history records check.** The fingerprints must be taken in a manner approved by the Department of Law Enforcement. The fingerprints must be submitted to the Department of Law Enforcement for a state and national criminal history records check. **The Petitioner(s) may not request a hearing on the Petition until the copy of the fingerprints are filed and the clerk of court has received the results of the criminal history records check.** The clerk of court can instruct you on the process for having the fingerprints taken and submitted, including information on law enforcement agencies or service providers authorized to submit fingerprints electronically to the Department of Law Enforcement. The process may take several weeks and the parent or guardian of the minor must pay the cost of processing the fingerprints and conducting the state and national history records check. **Please note that the state and national criminal records check must indicate whether you have registered as either a sexual predator or a sexual offender and you must also indicate on this petition whether you have ever been required to register as a sexual predator under section 775.21, Florida Statutes, or as a sexual offender under section 943.0435, Florida Statutes.**

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 12 -

If **both** parents agree to the change of name and live in the county where the change of name is sought, you may both file as **petitioners**. In this situation, **service** is not necessary, and you need only to set a **hearing**. You should ask the clerk of court, **family law intake staff**, or **judicial assistant** about the local procedure for setting a hearing.

If only one parent is a resident of the county where the change of name(s) is sought **or** only one parent asks for the child(ren)'s name(s) to be changed, the other parent must be notified and his or her consent obtained, if possible. If the other parent consents to the change of name, a **Consent for Change of Name (Minor Child(ren))**, Florida Supreme Court Approved Family Law Form 12.982(d), should be filed.

If the other parent does not consent to the change of name, you may still have a hearing on the petition **if** you have properly notified the other parent about your petition and the hearing. If you know where he or she lives, you must use **personal service**. If you absolutely do not know where he or she lives, you may use **constructive service**. For more information about personal and constructive service, you should refer [to] the **"General Instructions for Self-Represented Litigants"** found at the beginning of these forms and the instructions to Florida Family Law Rules of Procedure Forms 12.910(a) and 12.913(b) and Florida Supreme Court Approved Family Law Form 12.913(a). However, the law regarding constructive service is very complex and you may wish to consult an attorney regarding that issue.

Next, you must obtain a **final hearing** date for the court to consider your request. If you are seeking to restore a former name, a hearing on the petition MAY be held immediately after the petition is filed. The final hearing on any other petition for a name change may be held immediately after the clerk of court receives the results of your criminal history records check. You should ask the clerk of court, family law intake staff, or judicial assistant about the local procedure for setting a hearing. You may be required to attend the hearing. Included in these forms is a **Final Judgment of Change of Name (Minor Child(ren))**, Florida Supreme Court Approved Family Law Form 12.982(e), which may be used when a judge grants a change of name for a minor child(ren). If you attend the hearing, you should take the final judgment with you. You should complete the top part of the form, including the circuit, county, case number, division, and the name(s) of the petitioner(s) and leave the rest blank for the judge to complete. It should be typed or printed in black ink.

If the judge grants your petition, he or she will sign this **order**. This officially changes your child(ren)'s name(s). The clerk can provide you with **certified copies** of the signed order. There will be charges for the certified copies, and the clerk can tell you the amount of the charges.

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 13 -

## Where can I look for more information?

**Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms.** For further information, see section 68.07, Florida Statutes.

## IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.** If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. **The rules and procedures should be carefully read and followed.**

## IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic mail (e-mail) except in certain circumstances. **You must strictly comply with the format requirements set forth in the Rules of Judicial Administration.** If you elect to participate in electronic service, which means serving or receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you **must** review Florida Rule of Judicial Administration 2.516. You may find this rule at www.flcourts.org through the link to the Rules of Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

**SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO.** If a self-represented litigant elects to serve and receive documents by e-mail, the procedures must always be followed once the initial election is made.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General),** Florida Supreme Court Approved Family Law Form 12.914; **Designation of Current**

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 14 -

**Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of Judicial Administration 2.516.

## Special notes...

The heading of the form calls for the name(s) of the **petitioner(s)**.  This means the parent(s) who is (are) requesting the change of their child(ren)'s name(s).  The judicial circuit, case number, and division may be obtained from the clerk of court's office when you file the petition.

It may be helpful to compile a list of all of the people and places that will need a copy of the final judgment.  This list may include the driver's license office, social security office, banks, schools, etc.  A list will help you know how many copies of your order you should get from the clerk of court after your hearing.

Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you.  A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 15 -

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____

Division: _____

IN RE: THE NAME CHANGE OF

_____ ,
Petitioner/Father,

_____ ,
Petitioner/Mother.

# PETITION FOR CHANGE OF NAME (MINOR CHILD(REN))

I/We, *{full legal name(s)}* _____ , being sworn, certify that the following information is true:

**I am/We are the birth or legal parent(s) or guardian of the minor child(ren) named in this petition.**
*[Choose **only** one]*

    a. _____ There is only one minor child named in this petition.

    b. _____ There are *{enter number of children}* _____ children named in this petition. The information on the first child is entered below. I/We have attached the completed supplemental forms for each other child.

The adult petitioner(s)'s fingerprints have been taken in a manner approved by the Department of Law Enforcement and submitted for a state and national criminal history records check**. I /We understand that I/we cannot request a hearing on my/our Petition until the clerk of court receives the results of the criminal history records check. I/We also understand that the state and national records check must indicate whether I/we have registered as either a sexual predator or a sexual offender.**

A. **THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD #    1   :**

   1. **Minor child's complete present name is:**

      _____

      **I/We request that this minor child's name be changed to:**

      _____

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 16 -

2.  The minor child lives in _____ County, Florida, at *{street address}* _____
    _____.

3.  The minor child was born on *{date}* _____, in *{city, county, state, country}* _____
    _____.

4.  The minor child's father's full legal name: _____.
    The minor child's mother's full legal name: _____.
    The minor child's mother's maiden name: _____.

5.  The minor child has lived in the following places since birth:
    Dates (to/from)          Address
    _____/_____          _____
    _____/_____          _____
    _____/_____          _____
    _____/_____          _____
    _____/_____          _____
    (____ Please indicate here if you are continuing these facts on an attached page.)

6.  *[Choose **one** only]*
    _____The minor child is not married.
    _____ The minor child is married to: *{full legal name}* _____.

7.  *[Choose **one** only]*
    _____The minor child has no children.
    _____The minor child is the parent of the following child(ren): *{enter full name(s) and date(s) of
    birth}* _____.

8.  **Former names.**
    *[Indicate **all** that apply]*
    _____The minor child's name has never been changed by a court.

    _____The minor child's name previously was changed **by court order** from _____
    to_____ on *{date}*_____, by *{court, city, and state}* _____
    _____.
    **A copy of the court order is attached.**

    _____The minor child's name previously was changed **by marriage** from _____
    to _____ on *{date}*_____, in
    *{city, county, and state}* _____.
    **A copy of the marriage certificate is attached.**

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 17 -

_____The minor child has never been known or called by any other name.

_____The minor child has been known or called by the following other name(s): *{list name(s) and explain where child was known or called by such name(s)}* _____
_____.

9. The minor child is not employed in an occupation or profession, does not own and operate a business, and has received no educational degrees. If the minor child has a job, explain:
_____.

10. **Criminal History.**
*[Indicate all that apply]*

_____ The minor child has never been arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication.

_____ The minor child has a criminal history. In the past, the minor child was arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication. The details of the criminal history are:

| Date | City/State | Event (arrest, charge, plea, or adjudication) |
|------|-----------|-----------------------------------------------|
|      |           |                                               |

(_____Please indicate here if you are continuing these facts on an attached page.)

_____ The minor child _____ has _____has not ever been required to register as a sexual predator under section 775.21, Florida Statutes.

_____The minor child _____has _____has not ever been required to register as a sexual offender under section 943.0435, Florida Statutes

11. **Money Judgments.**
*[Choose **one** only]*

_____ The minor child has never been adjudicated bankrupt, and no money judgment has ever been entered against him or her.

_____ The following money judgment(s) has been entered against him or her:

| Date | Amount | Creditor | Court entering judgment and case number | if Paid *{date}* |
|------|--------|----------|-----------------------------------------|------------------|
|      |        |          |                                         |                  |
|      |        |          |                                         |                  |
|      |        |          |                                         |                  |
|      |        |          |                                         |                  |

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 18 -

B. **THE FOLLOWING INFORMATION IS TRUE ABOUT PETITIONER(S):**
   **(   ) FATHER (   ) MOTHER (   ) GUARDIAN**
   **(   ) A Supplemental Form has been attached for the other parent or petitioner.**

1. My complete present name is: _____.
2. I live in _____ County, Florida, at *{street address}* _____
   _____.

3. **Bankruptcy**
   *[Choose **one** only]*
   _____ I have never been adjudicated bankrupt.
   _____ I was adjudicated bankrupt on *{date}* _____, in *{city}* _____,
   *{county}* _____, *{state}* _____.
   (___ Please indicate here if you have filed additional bankruptcies, and explain on an attached
   page.)

4. **Creditor(s)' Judgments**
   *[Choose **one** only]*
   _____ I have never had a money judgment entered against me by a creditor.
   _____ The following creditor(s)' money judgment(s) have been entered against me:

   | Date | Amount | Creditor | Court entering judgment and case number | if Paid *{date}* |
   |---|---|---|---|---|
   |  |  |  |  |  |
   |  |  |  |  |  |
   |  |  |  |  |  |
   |  |  |  |  |  |

5. Criminal History
   *Indicate all that apply*
   _____ I have never been arrested for or charged with, pled guilty or nolo contendere to, or been
   found to have committed a criminal offense, regardless of adjudication.

   _____ I have a criminal history.  In the past I have been arrested for or charged with, pled guilty or
   nolo contendere to, or been found to have committed a criminal offense, regardless of
   adjudication.  The details of my criminal history are:

   | Date | City/State | Event (arrest, charge, plea, or adjudication) |
   |---|---|---|
   |  |  |  |
   |  |  |  |
   |  |  |  |

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor
Child(ren)) (09/16)

- 19 -

(_____ Please indicate here if you are continuing these facts on an attached page.)

I _____ have____have not ever been required to register as a sexual predator under section 775.21, Florida Statutes.

I _____ have _____have not ever been required to register as a sexual offender under section 943.0435, Florida Statutes.

6.  I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or otherwise.

7.  My civil rights have never been suspended, or, if ever suspended, they have been fully restored.

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: _____          _____
                                        Signature of PETITIONER

                                        Printed Name: _____
                                        Address: _____
                                        City, State, Zip: _____
                                        Telephone Number: _____
                                        Fax Number: _____
                                        Designated E-Mail Address(es):_____
                                        _____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____ by_____.

                                        _____
                                        NOTARY PUBLIC or DEPUTY CLERK

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 20 -

_____
*[Print, type, or stamp commissioned name of notary or deputy clerk.]*

_____ Personally known
_____ Produced identification
_____ Type of identification produced _____

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the Petitioner.
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}*_____,
*{address}* _____,
*{city}* _____, *{state}*_____,*{zip code}*_____,*{telephone number}* _____

**ADULT SUPPLEMENTAL FORM FOR PETITION FOR CHANGE OF NAME (MINOR CHILDREN)**

Case No.: _____

**THE FOLLOWING INFORMATION IS TRUE ABOUT PETITIONER(S):**
**(  ) FATHER  (  ) MOTHER  (  ) GUARDIAN**

1. My complete present name is: _____ _____
   _____.

2. I live in _____ County, Florida, at *{street address}* _____
   _____.

3. **Bankruptcy**
   *[Choose **one** only]*
   _____ I have never been adjudicated bankrupt.
   _____ I was adjudicated bankrupt on *{date}* _____, in *{city}* _____,
   *{county}* _____, *{state}* _____.
   (____ Please indicate here if you have filed additional bankruptcies, and explain on an attached
   page.)

4. **Creditor(s)' Judgments**
   *[Choose **one** only]*
   _____ I have never had a money judgment entered against me by a creditor.

   _____ The following creditor(s)' money judgment(s) have been entered against me:

   | Date *{date}* | Amount | Creditor | Court entering judgment and case number | if Paid |
   |---|---|---|---|---|
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |

   (_____ Please indicate here if these facts are continued on an attached page.)

5. **Criminal History**
   *[Indicate all that apply]*
   _____ I have never been arrested for or charged with, pled guilty or nolo contendere to, or been
   found to have committed a criminal offense, regardless of adjudication.

   _____ I have a criminal history. In the past I have been arrested for or charged with, pled guilty

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor
Child(ren)) (09/16)

- 22 -

or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication. The details of my criminal history are:

Date            City/State              Event (arrest, charge, plea, or adjudication)

_____  _____  _____

_____  _____  _____

_____  _____  _____

(_____ Please indicate here if you are continuing these facts on an attached page.)

I _____ have_____have not ever been required to register as a sexual predator under section 775.21, Florida Statutes.

I _____ have _____have not ever been required to register as a sexual offender under section 943.0435, Florida Statutes.

6. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or otherwise.

7. My civil rights have never been suspended, or, if ever suspended, they have been fully restored.

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: _____         _____
                                       Signature of PETITIONER

                                       Printed Name: _____
                                       Address: _____
                                       City, State, Zip: _____
                                       Telephone Number: _____
                                       Fax Number: _____
                                       Designated E-Mail Address(es):_____
                                       _____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____ by_____.


                                       _____
                                       NOTARY PUBLIC or DEPUTY CLERK

                                       _____
                                       *[Print, type, or stamp commissioned name of notary or deputy clerk.]*

_____ Personally known
_____ Produced identification
_____ Type of identification produced _____

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the Petitioner.
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}*_____,
*{address}* _____,
*{city}* _____, *{state}*_____,*{zip code}*_____,*{telephone number}* _____.

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 24 -

**SUPPLEMENTAL FORM FOR PETITION FOR CHANGE OF NAME (MINOR CHILD(REN))**

Case No.: _____

**THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD #_____:**

1. **Minor child's complete present name is:**

   _____

   **I/We request that this minor child's name be changed to:**

   _____

2. The minor child lives in _____ County, Florida, at *{street address}* _____
   _____ .

3. The minor child was born on *{date}* _____, in *{city, county, state, country}*
   _____ .

4. The minor child's father's full legal name: _____ .
   The minor child's mother's full legal name: _____ .
   The minor child's mother's maiden name: _____ .

5. The minor child has lived in the following places since birth:
   Dates (to/from)          Address
   _____/_____          _____
   _____/_____          _____
   _____/_____          _____
   _____/_____          _____
   _____/_____          _____
   _____/_____          _____
   (_____ Please indicate here if you are continuing these facts on an attached page.)

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 25 -

MINOR CHILD # _____, continued


6. *[Choose **one** only]*
   _____The minor child is not married.
   _____ The minor child is married to: *{full legal name}* _____.

7. *[Choose **one** only]*
   _____The minor child has no children.
   _____The minor child is the parent of the following child(ren): *{enter full name(s) and date(s) of birth}* _____.

8. **Former names.**
   *[Indicate **all** that apply]*
   _____The minor child's name has never been changed by a court.

   _____The minor child's name previously was changed **by court order** from _____
   to _____ on
   *{date}*_____, by *{court, city, and state}* _____.
   **A copy of the court order is attached.**

   _____The minor child's name previously was changed **by marriage** from _____
   to _____ on *{date}*_____, in *{city, county, and state}* _____.
   **A copy of the marriage certificate is attached.**

   _____The minor child has never been known or called by any other name.

   _____The minor child has been known or called by the following other name(s): *{list name(s) and explain where child was known or called by such name(s)}* _____
   _____
   _____

9. The minor child is not employed in an occupation or profession, does not own and operate a business, and has received no educational degrees. If the minor child has a job, explain:
   _____.

10. **Criminal History.**
    *[Indicate all that apply]*
    _____ The minor child has never been arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication.

    _____ The minor child has a criminal history. In the past, the minor child was arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication. The details of the criminal history are:

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 26 -

MINOR CHILD # _____, continued

Date            City/State              Event (arrest, charge, plea, or adjudication)
_____
_____
(_____ Please indicate here if you are continuing these facts on an attached page.)

_____The minor child _____ has _____has not ever been required to register as a sexual predator under section 775.21, Florida Statutes.

_____The minor child _____has _____has not ever been required to register as a sexual offender under section 943.0435, Florida Statutes

11.  **Money Judgments.**
*[Choose **one** only]*
_____  The minor child has never been adjudicated bankrupt, and no money judgment has ever been entered against him or her.

_____  The following money judgment(s) has been entered against him or her:
Date      Amount   Creditor     Court entering judgment and case number      *{date}* if Paid

| Date | Amount | Creditor | Court entering judgment and case number | {date} if Paid |
|------|--------|----------|------------------------------------------|----------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

Instructions for Florida Supreme Court Approved Family Law Form 12.982(c), Petition for Change of Name (Minor Child(ren)) (09/16)

- 27 -

# INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.982(f)
# PETITION FOR CHANGE OF NAME (FAMILY) (09/16)

## When should this form be used?

This form should be used when a family wants the court to change its name. This form is **not** to be used in connection with a **dissolution of marriage**, **paternity**, or adoption action. If you want a change of name because of a dissolution of marriage, paternity, or adoption action that is not yet final, the change of name should be requested as part of that case.

This form should be typed or printed in black ink and must be signed before a **notary public or deputy clerk**. You should **file** the original with the **clerk of the circuit court** in the county where you live and keep a copy for your records. The petition should only be completed for one adult. If you wish to change the name(s) of another adult and/or any child(ren), you should complete and file with the clerk of court the attached Supplemental Form(s) for Petition for Change of Name (Family) for each additional family member. **Be sure that the bottom of each page of each supplemental form is initialed.**

## What should I do next?

**Unless you are seeking to restore a former name, each adult petitioner must have fingerprints submitted for a state and national criminal history records check**. The fingerprints must be taken in a manner approved by the Department of Law Enforcement and must be submitted to the Department for a state and national criminal history records check. **You may not request a hearing on the petition until the clerk of court has received the results of your criminal history records check.** The clerk of court can instruct you on the process for having the fingerprints taken and submitted, including information on law enforcement agencies or service providers authorized to submit finger prints electronically to the Department of Law Enforcement. The process may take several weeks and you will have to pay for the cost of processing the fingerprints and conducting the state and national criminal history records check. **Please note that the state and national criminal records check must indicate whether you have registered as either a sexual predator or a sexual offender and you must also indicate on this petition whether you have ever been required to register as a sexual predator under section 775.21, Florida Statutes, or as a sexual offender under section 943.0435, Florida Statutes.**

If any of the children for whom you are requesting this change of name are not the legal children of both adults filing this petition, you must obtain the consent of the legal parent(s). A parent not named as a **petitioner** in this action may consent by submitting a **Consent for Change of Name (Minor Child(ren))**, Florida Supreme Court Approved Family Law Form 12.982(d).

If the other parent does not consent to the change of name, you may still have a **hearing** on the **petition if** you have properly notified the other parent about your petition and the hearing. If you know where he or she lives, you must use **personal service**. If you absolutely do not know where he or she lives, you

may use **constructive service**. For more information about personal and constructive service, you should refer to the **"General Instructions for Self-Represented Litigants"** found at the beginning of these forms and the instructions to Florida Family Law Rules of Procedure Forms 12.910(a) and 12.913(b) and Florida Supreme Court Approved Family Law Form 12.913(a). The law on constructive service is very complex and you may wish to consult an attorney regarding constructive service.

Next, you must obtain a **final hearing** date for the court to consider your request. If you are seeking to restore a former name, hearing on the petition MAY be held immediately after the petition is filed. The final hearing on any other petition for a name change may be held immediately after the clerk of court receives the results of your criminal history records check. You should ask the clerk of court, **family law intake staff**, or **judicial assistant** about the local procedure for setting a hearing. You may be required to attend the hearing. Included in these forms is a **Final Judgment of Change of Name (Family)**, Florida Supreme Court Approved Family Law Form 12.982(g), which may be used when a judge grants a change of name for a family. If you attend the hearing, you should take the **final judgment** form with you. You should complete the top part of this form, including the circuit, county, case number, division, the name(s) of the petitioner(s) and leave the rest blank for the judge to complete. It should be typed or printed in black ink.

If the judge grants your petition, he or she will sign this **order**. This officially changes your family's name. The clerk can provide you with **certified copies** of the signed order. There will be charges for the certified copies, and the clerk can tell you the amount of the charges.

## Where can I look for more information?

**Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms.** For further information, see section 68.07, Florida Statutes.

### IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.** If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. **The rules and procedures should be carefully read and followed.**

### IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic mail (e-mail) except in certain circumstances. **You must strictly comply with the format requirements set forth in the Rules of Judicial Administration.** If you elect to participate in electronic service, which means serving or

receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you **must** review Florida Rule of Judicial Administration 2.516. You may find this rule at [www.flcourts.org](www.flcourts.org) through the link to the Rules of Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

**SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO.** If a self-represented litigant elects to serve and receive documents by e-mail, the procedures must always be followed once the initial election is made.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General),** Florida Supreme Court Approved Family Law Form 12.914; **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of Judicial Administration 2.516.

## Special notes…

The heading of the form calls for the name(s) of the **petitioner(s)**. This is (are) the parent(s) who is/are requesting the change of their family's name(s). The judicial circuit, case number, and division may be obtained from the clerk of court's office when you file the petition.

It may be helpful to compile a list of all of the people and places that will need a copy of the final judgment. This list may include the driver's license office, social security office, banks, schools, etc. A list will help you know how many copies of your order you should get from the clerk of court after your hearing.

Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____
Division: _____

IN RE: THE NAME CHANGE OF

_____,
Petitioner/Father,

_____,
Petitioner/Mother.

# PETITION FOR CHANGE OF NAME (FAMILY)

I/We, *{full legal name(s)}* _____, being sworn, certify that the following information is true:

**There are** *{enter number}* _____ **adults named in this petition.**  A supplemental form is attached for each adult not set out below.

**There are** *{enter number}* _____ **children named in this petition.  I am/We are the birth or legal parents or guardian of the minor child(ren) named in this petition.**  I/We have attached a completed supplemental form for each minor child.

Unless I am seeking to restore a former name, a copy of the fingerprints of each adult person seeking a name change in this petition has/have been taken in a manner approved by the Department of Law Enforcement, and submitted for a state and national criminal history records check.  I**/We understand that I/we cannot request a hearing on my/our Petition until the clerk of court receives the results of the criminal history records check.  I/We also understand that the state and national records check must indicate whether I/we have registered as either a sexual predator or sexual offender.**

**THE FOLLOWING INFORMATION IS TRUE ABOUT PETITIONER:**
**(   ) HUSBAND (   ) WIFE (   ) GUARDIAN**
**(   ) A Supplemental Form has been attached for the other parent or petitioner.**

1. My complete present name is: _____.
   I request that my name be changed to: _____.

2. I live in _____ County, Florida, at *{street address}* _____
   _____.

3. I was born on *{date}* _____, in *{city}*_____, *{county}*_____,
   *{state}* _____, *{country}* _____.

4. My father's full legal name: _____.

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

My mother's full legal name: _____.

My mother's maiden name: _____.

5. I have lived in the following places since birth:

Dates (to/from)             Address

_____ / _____

_____ / _____

_____ / _____

_____ / _____

_____ / _____

_____ / _____

(_____ Please indicate here if you are continuing these facts on an attached page.)

6. **Family**

*[Indicate **all** that apply]*

_____ I am not married.

_____ I am married.  My spouse's full legal name is: _____.

_____ I do not have child(ren).

_____The name(s), age(s), and address(es) of my child(ren) are as follows (all children, **including those over 18**, must be listed):

**Name** *{last, first, middle initial}*          **Age**                    **Address, City, State**

_____

_____

_____

_____

_____

_____

_____

(_____ Please indicate here if you are continuing these facts on an attached page.)

7. **Former names**

*[Indicate **all** that apply]*

_____My name has never been changed **by a court**.

_____My name previously was changed **by court order** from _____

to _____ on *{date}_____*, by *{court, city, and state}*

_____.

**A copy of the court order is attached.**

_____My name previously was changed **by marriage** from _____

to _____ on

*{date}_____*, in *{city, county, and state}* _____.

**A copy of the marriage certificate is attached.**

_____I have never been known or called by any other name.

_____I have been known or called by the following other name(s): *{list name(s) and explain where you were known or called by such name(s)}* _____

_____.

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

- 32 -

8.  **Occupation**

    My occupation is:_____.

    I am employed at: *{company and address}* _____

    _____.

    During the past 5 years, I have had the following jobs:

    Dates (to/from)          Employer and employer's address

    _____ / _____

    _____ / _____

    _____ / _____

    _____ / _____

    _____ / _____

    _____ / _____

    (_____ Please indicate here if you are continuing these facts on an attached page.)

9.  **Business**

    *[Choose **one** only]*

    _____I do not own and operate a business.

    _____I own and operate a business.  The name of the business is:_____.

    The street address is: _____.

    My position with the business is: _____.

    I have been involved with the business since: *{date}* _____.

10. **Profession**

    *[Choose **one** only]*

    _____I am not in a profession.

    _____I am in a profession.  My profession is:_____

    I have practiced this profession:

    Dates (to/from)          Place and address

    _____ / _____

    _____ / _____

    _____ / _____

    (_____ Please indicate here if you are continuing these facts on an attached page.)

11. **Education**

    I have graduated from the following school(s):

    | Degree Received | Date of Graduation | School |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

    (_____ Please indicate here if you are continuing these facts on an attached page.)

12. **Criminal History**

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

*[Indicate all that apply]*

_____ I have never been arrested for or charged with, pled guilty or nolo contendere to, or have been found to have committed a criminal offense, regardless of adjudication.

_____ I have a criminal history. In the past I have been arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication. The details of my criminal history are:

Date                City/State                Event (arrest, charge, plea, or adjudication)

(_____ Please indicate here if you are continuing these facts on an attached page.)

I _____ have____have not ever been required to register as a sexual predator under section 775.21, Florida Statutes.

I _____ have _____have not ever been required to register as a sexual offender under section 943.0435, Florida Statutes.

13. **Bankruptcy**
    *[Choose one only]*
    ____I have never been adjudicated bankrupt.

    ____I was adjudicated bankrupt on *{date}* _____, in *{city}* _____, *{county}* _____, *{state}* _____.
    (____ Please indicate here if you have had additional bankruptcies, and explain on an attached page.)

14. **Creditor(s)' Judgments**
    *[Choose **one** only]*
    ____I have never had a money judgment entered against me by a creditor.

    ____The following creditor(s)' money judgment(s) have been entered against me:

| Date *{date}* | Amount | Creditor | Court entering judgment and case number if | Paid |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(____ Please indicate here if these facts are continued on an attached page.)

15. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or otherwise.

16. My civil rights have never been suspended, or, if my civil rights have been suspended, they have

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

- 34 -

been fully restored.

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: _____          _____
                                        Signature of PETITIONER

                                        Printed Name: _____
                                        Address: _____
                                        City, State, Zip: _____
                                        Telephone Number: _____
                                        Fax Number: _____
                                        Designated E-Mail Address(es):_____

                                        _____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____ by_____.

                                        _____
                                        NOTARY PUBLIC or DEPUTY CLERK

                                        _____
                                        *[Print, type, or stamp commissioned name of notary or deputy clerk.]*

_____    Personally known
_____    Produced identification
_____    Type of identification produced _____

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the Petitioner.
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}*_____,
*{address}* _____,
*{city}* _____, *{state}*_____,*{zip code}*_____,*{telephone number}* _____.

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

- 35 -

**ADULT SUPPLEMENTAL FORM FOR PETITION FOR CHANGE OF NAME (FAMILY)**

Case No.: _____

**THE FOLLOWING INFORMATION IS TRUE ABOUT PETITIONER:**
**(   ) HUSBAND (   ) WIFE (   ) GUARDIAN**

1.  My complete present name is:
    _____ .
    I request that my name be changed to:
    _____ .

2.  I live in _____ County, Florida, at *{street address}* _____
    _____ .

3.  I was born on *{date}* _____, in *{city}*_____, *{county}* _____,
    *{state}* _____, *{country}* _____ .

4.  My father's full legal name: _____ .
    My mother's full legal name: _____ .
    My mother's maiden name: _____ .

5.  I have lived in the following places since birth:

    Dates (to/from)          Address
    _____ / _____
    _____ / _____
    _____ / _____
    _____ / _____
    _____ / _____
    _____ / _____
    _____ / _____
    (_____ Please indicate here if you are continuing these facts on an attached page.)

6.  **Family**
    *[Indicate **all** that apply]*
    _____ I am not married.
    _____ I am married.  My spouse's full legal name is: _____ .
    _____ I do not have child(ren).
    _____The name(s), age(s), and address(es) of my child(ren) are as follows (all children, **including those over 18**, must be listed):

| Name *{last, first, middle initial}* | Age | Address, City, State |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

(_____ Please indicate here if you are continuing these facts on an attached page.)

7. **Former names**
   *[Indicate **all** that apply]*
   _____My name has never been changed **by a court**.

   _____My name previously was changed **by court** order from_____
   to _____ on
   *{date}*_____by *{court, city, and state}* _____.
   **A copy of the court order is attached.**

   _____My name previously was changed **by marriage** from _____
   to _____ on *{date}*_____
   in *{city, county, and state}* _____.
   **A copy of the marriage certificate is attached.**

   _____I have never been known or called by any other name.

   _____I have been known or called by the following other name(s): *{list name(s) and explain where you were known or called by such name(s)}* _____

8. **Occupation**
   My occupation is: _____.
   I am employed at: *{company and address}* _____
   _____.
   During the past 5 years, I have had the following jobs:

   | Dates (to/from) | Employer and employer's address |
   |---|---|
   | _____/_____ | _____ |
   | _____/_____ | _____ |
   | _____/_____ | _____ |
   | _____/_____ | _____ |
   | _____/_____ | _____ |
   | _____/_____ | _____ |

   (_____ Please indicate here if you are continuing these facts on an attached page.)

9. **Business**
   *[Indicate **all** that apply]*
   _____I do not own and operate a business.

   _____I own and operate a business.  The name of the business is: _____.
   The street address is: _____.
   My position with the business is: _____.
   I have been involved with the business since: *{date}* _____.

10. **Profession**
    *[Indicate **all** that apply]*

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

____I am not in a profession.
____I am in a profession.  My profession is: _____ .
I have practiced this profession:

Dates (to/from)          Place and address
_____ / _____
_____ / _____
_____ / _____
_____ / _____
_____ / _____
(___ Please indicate here if you are continuing these facts on an attached page.)

11. **Education**
I have graduated from the following school(s):

| Degree Received | Date of Graduation | School |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(___ Please indicate here if you are continuing these facts on an attached page.)

12. **Criminal History**
*[Indicate **all** that apply]*

____ I have never been arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication.

____ I have a criminal history.  In the past I have been arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication.  The details of my criminal history are:

Date                City/State                Event (arrest, charge, plea, or adjudication)
_____
(_____ Please indicate here if you are continuing these facts on an attached page.)

I _____ have____have not ever been required to register as a sexual predator under section 775.21, Florida Statutes.

I _____ have _____have not ever been required to register as a sexual offender under section 943.0435, Florida Statutes.

13. **Bankruptcy**
*[Choose **one** only]*
____I have never been adjudicated bankrupt.

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

- 38 -

____I was adjudicated bankrupt on *{date}* _____, in *{city}* _____, *{county}* _____, *{state}* _____.

(____ Please indicate here if you have had additional bankruptcies, and explain on an attached page.)

14. **Creditors' Judgments**
*[Choose **one** only]*

____I have never had a money judgment entered against me by a creditor.

____The following creditor(s)' money judgment(s) have been entered against me:

| Date *{date}* | Amount | Creditor | Court entering judgment and case number | if Paid |
|------|--------|----------|------------------------------------------|------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(____ Please indicate here if you are continuing these facts on an attached page.)

15. I have no ulterior or illegal purpose for filing this petition, and granting it will not in any manner invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or otherwise.

16. My civil rights have never been suspended, or, if my civil rights have been suspended, they have been fully restored.

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

- 39 -

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: _____      _____
                                     Signature of PETITIONER

                                     Printed Name: _____
                                     Address: _____
                                     City, State, Zip: _____
                                     Telephone Number: _____
                                     Fax Number: _____
                                     Designated E-Mail Address(es):_____

                                     _____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____ by_____.

                                     _____
                                     NOTARY PUBLIC or DEPUTY CLERK

                                     _____
                                     *[Print, type, or stamp commissioned name of notary or deputy clerk.]*

_____    Personally known
_____    Produced identification
_____    Type of identification produced _____

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the Petitioner.
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}*_____,
*{address}* _____,
*{city}* _____, *{state}*_____,*{zip code}*_____,*{telephone number}* _____.

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

- 40 -

**CHILD SUPPLEMENTAL FORM FOR PETITION FOR CHANGE OF NAME (FAMILY)**

Case No.: _____

**THE FOLLOWING INFORMATION IS TRUE ABOUT MINOR CHILD # _____:**

1. Minor child's complete present name is:

   _____

   I/We request that minor child's name be changed to:

   _____

2. The minor child lives in _____ County, Florida, at *{street address}* _____
   _____ .

3. The minor child was born on _____, in *{city, county, state, country}*
   _____ .

4. The minor child's father's full legal name: _____ .
   The minor child's mother's full legal name: _____ .
   The minor child's mother's maiden name: _____ .

5. The minor child has lived in the following places since birth:

   Dates (to/from)                    Address
   _____ / _____
   _____ / _____
   _____ / _____
   _____ / _____
   _____ / _____
   _____ / _____
   _____ / _____

   (_____ Please indicate here if continuing these facts on an attached page.)

6. *[Choose **one** only]*
   _____The minor child is not married
   _____The minor child is married to: *{full legal name}* _____ .

7. *[Choose **one** only]*
   _____The minor child has no children.
   _____The minor child is the parent of the following child(ren): *{enter name(s) and date(s)*
   *of birth}* _____ .

8. **Former names**
   *[Indicate **all** that apply]*
   _____The minor child's name has never been changed **by court order**.
   _____The minor child's name previously was changed **by court order** from _____
   to _____ on *{date}* _____
   *{court, city, and state}* _____ .

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

**A copy of the court order is attached.**

____The minor child's name previously was changed by marriage from _____ to _____ on *{date}* _____, in *{city, county, and state}* _____.
**A copy of the marriage certificate is attached.**

____The minor child has never been known or called by any other name.

____The minor child has been known or called by the following other name(s): *{list name(s) and explain where child was known or called by such name(s)}* _____
_____
_____.

9. The minor child is not employed in an occupation or profession, does not own and operate a business, and has received no educational degrees. If the minor child has a job, explain: _____
_____.

10. **Criminal History**
*[Indicate all that apply]*

____ The minor child has never been arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication.

____ The minor child has a criminal history. In the past, the minor child was arrested for or charged with, pled guilty or nolo contendere to, or been found to have committed a criminal offense, regardless of adjudication. The details of the criminal history are:

| Date | City/State | Event (arrest, charge, plea, or adjudication) |
|---|---|---|
| | | |
| | | |
| | | |

(____ Please indicate here if you are continuing these facts on an attached page.)

_____ The minor child _____ has _____has not ever been required to register as a sexual predator under section 775.21, Florida Statutes.

_____The minor child _____has _____has not ever been required to register as a sexual offender under section 943.0435, Florida Statutes.

11. **Money Judgments**
*[Choose **one** only]*

____The minor child has never been adjudicated bankrupt, and no money judgment has ever been entered against him or her.

____The following money judgment(s) has been entered against him or her:

| Date *{date}* | Amount | Creditor | Court entering judgment and case number | if Paid |
|---|---|---|---|---|
| | | | | |

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

- 42 -

_____  _____  _____  _____  _____
(\_\_\_\_\_Please indicate here if you are continuing these facts on an attached page.)

Florida Supreme Court Approved Family Law Form 12.982(f), Supplemental Form for Petition for Change of Name (Family) (09/16)

- 43 -